■ EDWARD AYERS, SR., Respondent, v LEILA AYERS, Appellant. (Action No. 1.) LEILA AYERS et al., Appellants, v EDWARD AYERS, SR., Respondent. (Action No. 2.) [828 NYS2d 915]—In a matrimonial action in which Edward Ayers, Sr., and Leila Ayers were divorced by judgment dated January 17, 2002, and a related action pursuant to RPAPL article 15 to determine title to certain real property, (1) Leila Ayers and Samuel Levine appeal, as limited by their brief, from stated portions of an order of the Supreme Court, Nassau County (Ross, J.), dated October 7, 2004, which, inter alia, denied those branches of Leila Ayers' motion in action No. 1 which were to modify the judgment of divorce with respect to equitable distribution, and granted the motion of the defendant in action No. 2 to dismiss the complaint in that action, and (2) Leila Ayers appeals, as limited by her brief, from stated portions of an order of the same court dated May 6, 2005, which, inter alia, denied those branches of her subsequent motion in action No. 1 which were to modify the judgment of divorce with respect to equitable distribution.

■ EDWARD AYERS, SR., Respondent, v LEILA AYERS, Appellant. [828 NYS2d 913]—In a matrimonial action in which the parties were divorced by judgment dated January 17, 2002, the defendant appeals from stated portions of an order of the Supreme

Court, Nassau County (Gartenstein, J.H.O.), dated September 29, 2005, as amended by a subsequent order of the same court dated November 2, 2005.

Ordered that the appeal is dismissed, with costs, for failure to perfect the same in accordance with the CPLR and the rules of this Court (*see* CPLR 5528 [a]; 22 NYCRR 670.10-b [c]).

The appellant has failed to provide this Court with an appendix containing a copy of a transcript, which is necessary to review the order appealed from (*see Matter of Passalacqua,* 31 AD3d 648 [2006]). Crane, J.P., Skelos, Lifson and Dillon, JJ., concur.